IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE U.S. AND CANADA LOCAL UNION NO. 162 OF DAYTON, OHIO, *et al*. | * * * * * * | CASE NO.: 3:15-CV-329 JUDGE Thomas M. Rose |
| PLAINTIFFS, | * * | |
| v. | * * | |
| QUALITY MECHANICAL SERVICES, INC. | * * * | ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| DEFENDANT. | * | |

WHEREAS, Plaintiffs, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the U.S. and Canada Local Union No. 162 of Dayton, Ohio, et al., filed their Complaint on September 15, 2015;

WHEREAS, the Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on November 23, 2015;

NOW THEREFORE, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** on behalf of the Plaintiffs and against the Defendant in the amount of $74,021.05, representing

contributions owed, liquidated damages, interest, reasonable attorney fees, and costs of this action.

Additionally, **JUDGMENT IS ENTERED** on behalf of Plaintiffs for accumulated interest for late and/or unpaid contributions from the respective due dates of such contributions at the rate of one percent (1%) per month from the due date until paid in full and for reasonable attorney's fees incurred in connection with the collection of the unpaid amounts in an amount to be determined upon the completion of the collection of all unpaid contributions.

ENTERED:

By:

s/Thomas M. Rose
UNITED STATES DISTRICT
JUDGE THOMAS M. ROSE

Dated:

February 22, 2016

Prepared by the Attorney for Plaintiffs:

Stephen P. Nevius (0092598)
Ledbetter Parisi LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)